```
1  RYAN J. STONEROCK (State Bar No. 247132)
   rstonerock@harderllp.com
2  HENRY L. SELF III (State Bar No. 223153)
   hself@harderllp.com
3  EMMANUEL B. FUA (State Bar No. 284563)
   efua@harderllp.com
4  HARDER LLP
   8383 Wilshire Boulevard, Suite 526
5  Beverly Hills, California 90211
   Telephone:  (424) 203-1600
6  Facsimile:  (424) 203-1601

7  Attorneys for Plaintiff
   MPL BRANDS NV, INC.
8  d/b/a PATCO BRANDS
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MPL BRANDS NV, INC. d/b/a PATCO BRANDS, | Case No. '23CV0007 LL    WVG |
|---|---|
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MPL BRANDS NV, INC. d/b/a PATCO BRANDS** |
| v. | |
| INGEÑIO LA GLORIA, S.A., and PARK STREET IMPORTS, LLC, | Action Filed: January 3, 2023 |
| Defendant. | |

-1-
**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MPL BRANDS NV, INC.**

1 | Plaintiff MPL Brands NV, Inc. d/b/a Patco Brands discloses that is has no
2 | parent corporation, nor does any publicly held corporation own 10% or more of its
3 | stock.
4 |
5 | DATED: January 3, 2023        HARDER LLP
6 |
7 |                               By: */s/ Henry L. Self III*
                                      HENRY L. SELF III
8 |                               Attorneys for Plaintiff MPL BRANDS NV, INC.
                                  d/b/a PATCO BRANDS

-2-
**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MPL BRANDS NV, INC.**